ORDERED.

Dated: February 22, 2019

*Catherine McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

LISA M. PLANTE,   Case No.: 8:18-bk-06299-CPM
   Chapter 7

    Debtor.
_____/

ANGELA WELCH, as Chapter 7 Trustee of   Adv. No.: 8:18-ap-00615-CPM
the estate of LISA M. PLANTE,

    Plaintiff,

v.

THE GOLDMAN SACHS GROUP, INC.,
a Delaware corporation,
d/b/a MARCUS BY GOLDMAN SACHS,

    Defendant.
_____/

**AGREED FINAL ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court on the Parties' *Stipulation for Final Order of Dismissal with Prejudice* (Doc No. 9). By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry and the Court having been fully advised in the premises.

Accordingly, it is ORDERED:

1. An agreement for a stipulated dismissal has been reached between the Parties in the above-styled case.

2. All claims are dismissed with prejudice.

3. The Parties each shall bear their own attorneys' fees and costs as to this adversary proceeding.

Thomas A. Lash, Esq., Lash Wilcox & Grace PL, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.