**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| **LISA M. PLANTE,** | **BANKRUPTCY CASE NO.: 8:18-bk-06299-CPM** |
| Debtor. | CHAPTER 7 |
| _____/ | |
| **ANGELA WELCH, as Chapter Trustee of the estate of LISA M. PLANTE,** | |
| Plaintiff, | |
| v. | **ADVERSARY PROCEEDING NO.: 8:18-ap-00615-CPM** |
| **THE GOLDMAN SACHS GROUP, INC., a Delaware corporation, d/b/a MARCUS BY GOLDMAN SACHS,** | |
| Defendant. | |
| _____/ | |

**PROOF OF SERVICE OF AGREED FINAL ORDER OF DISMISSAL WITH PREJUDICE**

**I HEREBY CERTIFY** that on February 26, 2019, a true and correct copy of the attached *Agreed Final Order of Dismissal with Prejudice* (Doc.No. 10) was served to:

U.S. Trustee, 501 E. Polk St., Ste. 1200, Tampa, FL 33602; Angela Welch, 12157 West Linebaugh Ave. PMB 401, Tampa, FL 33626; The Goldman Sachs Group, Inc., a Delaware corporation, d/b/a Marcus By Goldman Sachs, c/o Brian C. Frontino, Esq., Stroock & Stroock & Lavan LLP, 200 S. Biscayne Blvd., Ste. 3100., Miami, Florida 33132, via CM/ECF email service.

Lisa M. Plante, 2121 Wood St. # 232., Sarasota, FL 34237−7904, via US mail.

February 26, 2019

                        Respectfully Submitted,

                        **LASH WILCOX & GRACE PL**
                        4950 W. Kennedy Blvd., Suite 320
                        Tampa, Florida 33609
                        Phone: (813) 289.3200
                        Facsimile: (813) 289.3250
                        Counsel for Plaintiff


                        /s/ Thomas A. Lash
                        **THOMAS A. LASH, ESQ.**
                        Florida Bar No. 849944
                        email: tlash@lashandwilcox.com
                        Attorney for Plaintiff